Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Paul Vang

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| PAUL VANG, | Case No.: CV 10-2393 GSA |
| Plaintiff, | ORDER RE APPLICATION TO FILE A LATE BRIEF |
| vs. | (Document 12) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Following consideration of Plaintiff's Application to the Court for Leave to File a Late Brief, the Clerk is directed to file Plaintiff's brief. The Commissioner shall file any opposition no later than October 7, 2011. Plaintiff shall file any reply no later than October 24, 2011.

IT IS SO ORDERED.

Dated:   **September 7, 2011**         /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26